Solomon Abramowitz, an Infant, by Heinrich Abramowitz, His Guardian ad Litem, Respondent, *v.* G. M. N. Realty Corporation et al., Appellants.

(Argued December 12, 1933; decided January 9, 1934.)

*Harold D. Scharf, Charles Horowitz* and *Henry E. Papenberg* for appellants.

*Harry Gilbert* for respondent.

646

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.